THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DWIGHT SMITH, Respondent.

Submitted October 31, 2016; decided November 17, 2016

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIANE WORD, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DIANE WORD, Respondent.

Decided November 17, 2016

Reported below, 260 AD2d 196.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK MONTE, Appellant, v WARDEN MAXSOLAINE MINGO, et al., Respondents.

Submitted August 1, 2016; decided November 17, 2016

Motion for reargument denied [*see* 27 NY3d 1079 (2016)].